ANTONIO ROSSMANN (Bar No. 51471)
ROGER B. MOORE (Bar No. 159992)
DAVID R. OWEN (Bar No. 222314)
ROSSMANN AND MOORE, LLP
380 Hayes Street, Suite One
San Francisco, CA 94102
Telephone: (415) 861-1401
Fax: (415) 861-1822
Attorneys for the Planning and Conservation League

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLANNING AND CONSERVATION LEAGUE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES BUREAU OF RECLAMATION,<br><br>Defendant;<br><br>WESTLANDS WATER DISTRICT and SAN LUIS & DELTA-MENDOTA WATER AUTHORITY;<br><br>Defendant-Intervenors (remedies only). | Case No. C-05-03527 CW<br><br>**STIPULATION TO EXTEND DATE FOR FILING FEE REQUEST and ~~PROPOSED~~ ORDER**<br><br>Date:<br>Time:<br>Courtroom:<br>Judge: Hon. Claudia Wilken |

Plaintiff Planning and Conservation League (PCL) and Defendant United States Bureau of Reclamation (the Bureau) hereby stipulate as follows:

1. On May 15, 2006, the Court granted an order to dismiss the above-captioned case and entered judgment accordingly.

2. The Equal Access to Justice Act, 28 U.S.C. 2412(d)(1)(B), states that a fee request in an action brought against the United States may be filed "within thirty days of final judgment in

the action." Absent the Bureau's consent to a later date, PCL therefore would be required to file any motion to recover fees on or before June 14, 2006.

3. PCL intends to seek fee recovery in this action, and has contacted the Bureau to discuss whether the parties can reach a fee settlement without a formal motion.

4. To allow further time for the parties' discussions, and to avoid the need for PCL to file a fee motion that might prove unnecessary, PCL and the Bureau agree to extend the deadline set by 28 U.S.C. section 2412(d)(1)(B) by forty-five days. Because the 45th day falls on a Saturday, PCL's fee motion, if it files one, would be due on or before July 31, 2006.

5. The Bureau reserves its rights to raise all applicable defenses and objections to the fees claimed by PCL.

Dated: June 5, 2006

David R. Owen
Attorney for the Planning and Conservation League

Dated: June 5, 2006

Adam J. Siegel
Attorney for the United States Bureau of Reclamation

**~~[PROPOSED]~~ ORDER**

In accordance with the Planning and Conservation League's and Bureau of Reclamation's Stipulation to Extend Date for Filing Fee Request, it is hereby ordered that if the Planning and Conservation League chooses to file a Motion to Recover Attorneys' Fees, that motion shall be due on or before July 31, 2006.

IT IS SO ORDERED.

Dated: 6/12/06

CLAUDIA WILKEN
United States District Judge