UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PLANNING AND CONSERVATION LEAGUE,   )   Case No. C 05-3527-CW
            Plaintiff,
            v.

UNITED STATES BUREAU OF RECLAMATION,
            Defendant,

SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,
            Defendant-Intervenors
            (remedies phase only).

**ORDER**

The parties' Stipulation as to Attorneys' Fees and Costs is hereby APPROVED.

IT IS SO ORDERED.

Dated: 7/7/06

*/s/ Claudia Wilken*

_____
CLAUDIA WILKEN
United States District Judge